UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANA HAUSE, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br>　　　　　Defendant. | CASE NO. EDCV 08-1501 AGR <br><br>**JUDGMENT** |

　　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: September 21, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE